**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Pasquale Labate, Jr., | ) | No. CV-11-1434-PHX-GMS |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| City of Casa Grande, | ) | |
| Defendant. | ) | |

Pending before the Court is Plaintiff's Second Motion for Reconsideration of the order dismissing this case. (Doc. 25). For the reasons stated below, the motion is denied.

**BACKGROUND**

This case was dismissed for lack of subject-matter jurisdiction on November 17, 2011. The background facts in the case and the reasons for the dismissal are provided in the dismissal order. (Doc. 21).

**DISCUSSION**

Under Rule 59(e), a motion for reconsideration may be granted only on one of four grounds, "1) the motion is necessary to correct manifest errors of law or fact upon which the judgment is based; 2) the moving party presents newly discovered or previously unavailable evidence; 3) the motion is necessary to prevent manifest injustice or 4) there is an intervening change in controlling law." *Turner v. Burlington N. Santa Fe R.R. Co.*, 338 F.3d 1058, 1063 (9th Cir. 2003) (internal quotations and emphasis omitted). Motions for reconsideration are

disfavored and are not the place for parties to make new arguments not raised in their original briefs and arguments. *See Northwest Acceptance Corp. v. Lynnwood Equip., Inc.*, 841 F.2d 918, 925–26 (9th Cir. 1988). Nor should such motions ask the Court to "rethink what the court has already thought through—rightly or wrongly." *See United States v. Rezzonico*, 32 F. Supp. 2d 1112, 1116 (D. Ariz. 1998) (quoting *Above the Belt, Inc. v. Mel Bohannon Roofing, Inc.*, 99 F.R.D. 99, 101 (E.D. Va. 1983)).

## ANALYSIS

Plaintiff states that he has new witnesses prepared to testify on his behalf. (Doc. 25). His suit was dismissed for lack of subject-matter jurisdiction; he offers no argument suggesting that jurisdiction was in fact proper. He brings no argument pursuant to any of the four grounds upon which an order may be reconsidered under Rule 59(e). Should he continue to file frivolous motions, he will be subject to sanctions.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Reconsider (Doc. 25) is **denied**. This case is to remain closed.

DATED this 14th day of December, 2011.

/s/ A. Murray Snow
G. Murray Snow
United States District Judge